# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION
### DOCKET NO: 1:20-mc-34-MOC

| | | |
|---|---|---|
| **GLEN ANDREWS,** | ) | |
| **,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **WELLS FARGO HOME MORTGAGE,** | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on initial review of Plaintiff's "Complaint at Law and Equity," filed in this Court on December 11, 2020. (Doc. No. 1). Plaintiff filed an almost identical action on December 9, 2019, titling his filing as an "Application to Confirm Arbitration Award." See (Civil No. 1:19cv338). On January 3, 2019, this Court dismissed the action sua sponte as frivolous. See (Id., Doc. No. 4). On March 4, 2020, this Court then dismissed another similar frivolous action filed by Plaintiff. (1:20mc3, Doc. No. 4). For the same reasons that the Court dismissed as frivolous Plaintiff's prior actions, the Court will also dismiss this action as frivolous.

Finally, the Court notes that Plaintiff is wasting the Court's limited resources and time by filing these frivolous actions in which he is asking the Court to award him almost $800,000 in bogus arbitration awards.[1] This Court has the inherent authority to impose sanctions, including monetary sanctions, to deter future frivolous and repetitive litigation. See Owen-Williams v. Kwarciany, No. Civ. PX-17-1112, 2018 WL 1316228 (D. Md. Mar. 13, 2018).

---

[1] Like other recent plaintiffs in this Court, Plaintiff relies on an arbitration award from what is a sham arbitration company, known as Sitcomm Arbitration Association. See (Castro v. Bank of New York Mellon, 3:20cv264 (W.D.N.C.).

The Court hereby warns Plaintiff that if he files another frivolous action in which he seeks to recover for what is a bogus arbitration award, the Court <u>will</u> impose monetary sanctions against Plaintiff in an amount sufficient to deter him from filing future actions.

## ORDER

**IT IS, THEREFORE, ORDERED** that Plaintiff's "Complaint at Law and Equity" is **DISMISSED** with prejudice as frivolous. The Clerk shall terminate this action.

Signed: March 12, 2021

Max O. Cogburn Jr.
United States District Judge