# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| Glen Andrews, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 1:20-mc-00034-MOC |
| | ) | |
| vs. | ) | |
| | ) | |
| Wells Fargo Home Mortgage, | ) | |
| Defendant. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 12, 2021 Order.

March 12, 2021

*/s/ Frank G. Johns*

Frank G. Johns, Clerk
United States District Court